IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARIA AGUSHI,

                               Plaintiffs,

      v.

WENDY DUERR AND GARY ZELLMER,

                               Defendants.

ORDER

96-cv-929-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The court has received an ex parte motion to seal this case by a non-party. Dkt. #143. The individual requests that the court remove all court decisions in this case that are publicly available online because the decisions use her name and have been damaging to her emotional health and reputation. Although I am sympathetic to the request, I cannot remove court records that are available online. The only court decision in this case that appears to be publicly accessible is the decision by Court of Appeals for the Seventh Circuit affirming the jury's verdict in this case. <u>Agushi v. Duerr</u>, 196 F.3d 754, 759 (7th Cir. 1999). That decision is publicly available on various legal databases, but I have no control over opinions issued by the court of appeals or any authority over online databases. Accordingly, the ex parte motion must be denied.

ORDER

IT IS ORDERED that the ex part motion to seal this case, dkt. #143, is DENIED.

1

Entered this 3d day of October, 2019.

                          BY THE COURT:

                          /s/
                          _____
                          BARBARA B. CRABB
                          District Judge